```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 32629
    CAROLYNN DAWN MAZURKIEWICZ
    BRIAN GREGORY MAZURKIEWICZ                   CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-2360     SSN XXX-XX-2141
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/17/05 and confirmed on 12/02/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  27793.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK ONE/JPM CHASE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 17775.00 | 2606.28 | 17775.00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1736.85 | .00 | 437.75 |
| CAPITAL ONE BANK | UNSECURED | 1102.60 | .00 | 277.89 |
| CAPITAL ONE BANK | UNSECURED | 722.84 | .00 | 182.18 |
| CREDIT BUREAU OF COLUMBU | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3688.50 | .00 | 929.62 |
| FINGER FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4240.17 | .00 | 1068.66 |
| MARATHON | UNSECURED | 586.12 | .00 | 147.73 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| S & P CAPITAL INVESTMENT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 3548.56 | .00 | 894.35 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 737.59 | .00 | 185.90 |
| ROUNDUP FUNDING LLC | UNSECURED | 613.77 | .00 | 154.69 |

          Summary of disbursements:
---

```
                    SECURED    PRIORITY   UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17775.00        .00    16977.00          .00     34752.00
PRINCIPAL PAID      17775.00        .00     4278.77          .00     22053.77
INTEREST PAID        2606.28        .00         .00          .00      2606.28
TOTAL PAID          20381.28        .00     4278.77          .00     24660.05
```
The Debtor's attorney, RICHARD E SEXNER                  , was allowed $   2282.50
and was paid $     356.00   direct and $   1926.50   through the plan.

The Trustee received $    1205.45 .

Refunds to the Debtor totaled $       1.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE